IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY R. ALLEN, Individually, and as Trustee and Trustor of the Danny and Beverly R. Allen Family Trust; and the DANNY AND BEVERLY R. ALLEN FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation; AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation; and DOES 1 through 300, inclusive,<br><br>Defendants. | Case No. 3:22-cv-6612-RS<br><br>**ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)** |

Upon consideration of the Parties' Joint Stipulation to Transfer Venue to the United States District Court for the Eastern District of California Under 28 U.S.C. § 1404(a), it is **ORDERED** that:

1. The Joint Stipulation to Transfer Venue is **APPROVED**;

2. For the convenience of parties and witnesses, in the interest of justice, this civil action is **TRANSFERRED** under 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of California, Fresno Division; and

3. Defendants' Motion to Transfer Venue (ECF No. 9) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: January 5, 2023

_____
United States District Judge