1  **WINTERS & ASSOCIATES**
   Jack B. Winters, Jr. (SBN 82998)
2  Sarah Ball (SBN 292337)
   8489 La Mesa Boulevard
3  La Mesa, CA 91942
   Tel: (619) 234-9000; Fax: (619) 750-0413
4  Email: jackbwinters@earthlink.net
   Email: sball@einsurelaw.com
5
   **NICHOLAS & TOMASEVIC, LLP**
6  Craig M. Nicholas (SBN 178444)
   Alex Tomasevic (SBN 245598)
7  225 Broadway, 19th Floor
   San Diego, California 92101
8  Tel: (619) 325-0492; Fax (619) 325-0496
   Email: cnicholas@nicholaslaw.org
9  Email: atomasevic@nicholaslaw.org

10 Attorneys for Plaintiffs BEVERLY R. ALLEN, Individually, and as Trustee and Trustor of the
   DANNY AND BEVERLY R. ALLEN FAMILY TRUST; and the DANNY AND BEVERLY R.
11 ALLEN FAMILY TRUST

12                        **UNITED STATES DISTRICT COURT**

13                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14 BEVERLY R. ALLEN, Individually, and as          Case No.:  1:23-cv-00026-JLT-SKO
   Trustee and Trustor of the DANNY AND
15 BEVERLY R. ALLEN FAMILY TRUST;                  PLAINTIFFS BEVERLY R. ALLEN AND THE
   and the DANNY AND BEVERLY R. ALLEN              DANNY AND BEVERLY R. ALLEN FAMILY
16 FAMILY TRUST,                                   TRUST'S NOTICE OF MOTION AND MOTION
                                                   FOR LEAVE TO FILE AMENDED
17                Plaintiffs,                      COMPLAINT

18       v.

19 PROTECTIVE LIFE INSURANCE
   COMPANY, a Tennessee Corporation;               DATE:  September 20, 2023
20 AMERICAN GENERAL LIFE INSURANCE                 TIME:  9:30 a.m.
   COMPANY, a Texas Corporation; and DOES          CRTRM: 7 – 6th Fl.
21 1 through 300, Inclusive,

22                Defendants.                      Mag. Sheila K. Oberto

23                                                 Case Removed:  10/27/22
                                                   Trial Date:  1/28/25
24

25

26

27

28
   ────────────────────────────────────────────────────────────
                                                   1:23-CV-00026-JLT-SKO
              PLS' NOTICE OF MO. AND MO. FOR LEAVE TO FILE AM. COMPL.

1   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that on September 20, 2023, at 9:30 a.m., or as soon as the

3   matter may be heard before the Honorable Magistrate Sheila K. Oberto, in Courtroom 7 of the

4   Robert E. Coyle United States Courthouse, located at 2500 Tulare Street, 6th Floor, Fresno,

5   California 93721, Plaintiffs  BEVERLY R. ALLEN, Individually, and as Trustee and Trustor of

6   the DANNY AND BEVERLY R. ALLEN FAMILY TRUST; and the DANNY AND BEVERLY

7   R. ALLEN FAMILY TRUST, by and through their counsel of record, will and hereby do move

8   this Court for an order for leave to file a first amended complaint pursuant to Fed. R. Civ. P. 15.

9          This motion is made following the conference of counsel, which took place via email on

10  August 8, 2023.  Counsel for Plaintiffs emailed counsel for Defendants, outlining Plaintiffs' intent

11  to move to amend the complaint and the grounds for the amendment. Counsel for Defendants has

12  indicated Defendants would oppose this motion. Ball Dec. ¶ 3.

13         This motion is based on this Notice of Motion and Motion; the Memorandum of Points

14  and Authorities; the Declaration of Sarah Ball and the exhibits thereto; the pleadings and papers

15  filed in this action, and on such further agreement and matters as may be offered at the time of the

16  hearing, if any, of this motion.

17  DATED:  August 11, 2023                    **WINTERS & ASSOCIATES**

18

19                                          By:    _/s/Jack B. Winters, Jr._
                                                  Jack B. Winters, Jr. (SBN 82998)
20                                                 Sarah Ball (SBN 292337)
                                                  8489 La Mesa Boulevard
21                                                 La Mesa, California 91942
                                                  Tel: (619) 234-9000
22                                                 Fax: (619) 750-0413
                                                  Email: jackbwinters@earthlink.net
23                                                 Email: sball@einsurelaw.com

24                                          **NICHOLAS & TOMASEVIC LLP**
                                                  Craig M. Nicholas (SBN 178444)
25                                                 Alex Tomasevic (SBN 245598)
                                                  225 Broadway, 19th Floor
26                                                 San Diego, California 92101
                                                  Tel: (619) 325-0492
27                                                 Fax: (619) 325-0496
                                                  Email: cnicholas@nicholaslaw.org
28

1    Email: atomasevic@nicholaslaw.org

2    Attorneys for Plaintiff BEVERLY R. ALLEN,
     Individually, and as Trustee and Trustor of the
3    DANNY AND BEVERLY R. ALLEN
     FAMILY TRUST; and the DANNY AND
4    BEVERLY R. ALLEN FAMILY TRUST

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLS' NOTICE OF MO. AND MO. FOR LEAVE TO FILE AM. COMPL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY R. ALLEN, Individually, and as Trustee and Trustor of the DANNY AND BEVERLY R. ALLEN FAMILY TRUST; and the DANNY AND BEVERLY R. ALLEN FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee Corporation; AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation; and DOES 1 through 300, Inclusive,<br><br>Defendants. | CASE NO. 1:23-CV-00026-JLT-SKO<br><br>DECLARATION OF SERVICE<br><br>Persons served:   Craig M. Nicholas, Alex Tomasevic, Cindy M. Rucker, Charles C. Frost<br><br>Date served: August 11, 2023 |

I, the undersigned, declare under penalty of perjury: I am over the age of 18 years, not a party to this action, and served the above persons the document:

PLAINTIFFS BEVERLY R. ALLEN AND THE DANNY AND BEVERLY R. ALLEN FAMILY TRUST'S **NOTICE OF MOTION AND MOTION** FOR LEAVE TO FILE AMENDED COMPLAINT

**DECLARATION OF SARAH BALL** IN SUPPORT OF PLAINTIFFS BEVERLY R. ALLEN AND THE DANNY AND BEVERLY R. ALLEN FAMILY TRUST'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (and **Exhibits A thru G** thereto)

PLAINTIFFS BEVERLY R. ALLEN AND THE DANNY AND BEVERLY R. ALLEN FAMILY TRUST'S **MEMORANDUM OF POINTS AND AUTHORITIES** IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**[PROPOSED] ORDER** GRANTING PLAINTIFFS BEVERLY R. ALLEN AND THE DANNY AND BEVERLY R. ALLEN FAMILY TRUST'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

in the following manner:

1)  [] By personally delivering copies to the office of the person served.


2)  [] By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (postage pre-paid) copies to the person served at the place where the copies were left.

1    3) [] By placing copies in separate envelopes, with postage fully prepaid, for each address on the attached Service List and depositing each in the U.S. Mail at La Mesa, California, on _____ ,

2    2023.

3

4    4) [x] By electronic filing on August 11, 2023, I served the above document by e-filing in accordance with the rules governing the electronic filing of documents in the United States District

5    Court for the Eastern District of California as follows:

6    Craig M. Nicholas                          cnicholas@nicholaslaw.org
      Alex Tomasevic                            atomasevic@nicholaslaw.org

7    Cindy M. Rucker                         crucker@maynardnexsen.com
      Charles C. Frost                   c      frost@maynardnexsen.com

8

         Executed on August 11, 2023, at La Mesa, California.

9

10                                *Silvia Flores*

11                      _____
                     Silvia Flores

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1:23-CV-00026-JLT-SKO

PLS' NOTICE OF MO. AND MO. FOR LEAVE TO FILE AM. COMPL.

1          **SERVICE LIST**

2

3   Cindy M. Rucker (SBN 272465)
    MAYNARD NEXSEN, LLP
4   10100 Santa Monica Blvd., Ste. 550
    Los Angeles, CA 90067
5   Tel: (323) 987-3356
    Fax: (205) 254-1999
6   crucker@maynardnexsen.com

7   Christopher C. Frost (SBN 315932)
    MAYNARD NEXSEN, P.C.
8   1901 6th Avenue North, Ste. 2400
    Birmingham, AL 35203
9   Tel: 205-254-1186
    Fax: 205-254-1999
10  cfrost@maynardnexsen.com
    **Attorneys for Defendants PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee**
11  **Corporation; AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas**
    **Corporation**

12
    Craig M. Nicholas (SBN 178444)
13  Alex Tomasevic (SBN 245598)
    NICHOLAS & TOMASEVIC LLP
14  225 Broadway, 19th Fl.
    San Diego, CA 92101
15  Tel (619) 325-0492
    Fax (619) 325-0496
16  cnicholas@nicholaslaw.org
    atomasevic@nicholaslaw.org
17  **Co-Counsel for Plaintiffs BEVERLY R. ALLEN, Individually, and as Trustee and Trustor of**
    **the DANNY AND BEVERLY R. ALLEN FAMILY TRUST; and the DANNY AND**
18  **BEVERLY R. ALLEN FAMILY TRUST**

19

20

21

22

23

24

25

26

27

28