# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY R. ALLEN, et al., | Case No. 1:23-cv-00026-JLT-SKO |
| Plaintiffs, | **ORDER THAT PLAINTIFFS FILE A NOTICE OF RELATED CASES OR SHOW CAUSE WHY THE CASES SHOULD NOT BE RELATED** |
| v. | |
| PROTECTIVE LIFE INSURANCE COMPANY, et al. | **5 DAY DEADLINE** |
| Defendants. | |

Examination of the above-titled action indicates that it may be related under this Court's Local Rule 123(a) to the following action pending before District Judge Jennifer L. Thurston and Magistrate Judge Christopher D. Baker: *Beverly Allen v. Protective Life Insurance Company, et al.*, Case No. 1:20-cv-00530-JLT-CDB.  The actions have a common plaintiff (Beverly Allen), a common defendant (Protective Life Insurance Company), and are based on the same or similar claims, the same transactions or events, similar questions of fact, and the same question of law. *See* E.D. Cal. L.R. 123(a).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.[1]

---

[1] Relation of actions under Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.

Subsection (b) of Local Rule 123, titled "Duties of Counsel," provides that "[c]ounsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) *shall promptly file* in each action and serve on all parties in each action a Notice of Related Cases." E.D. Cal. L.R. 123(b) (emphasis added). Plaintiff Allen did not file a "Notice of Related Cases" in either action, despite being represented by the same counsel in both cases.[2]

Plaintiffs are ORDERED TO SHOW CAUSE, if any, why this action should not be related to *Beverly Allen v. Protective Life Insurance Company, et al.*, Case No. 1:20-cv-00530-JLT-CDB. Alternatively, Plaintiffs shall file a "Notice of Related Cases" as required by Local Rule 123(b).

Accordingly, it is HEREBY ORDERED that:

1. By no later than **5 days of service of this Order,** Plaintiffs shall **either**:
   a. file a written response to this Order showing cause why this action should not be related to *Beverly Allen v. Protective Life Insurance Company, et al.*, Case No. 1:20-cv-00530-JLT-CDB; or
   b. file a "Notice of Related Cases" in both actions.

**Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.**

IT IS SO ORDERED.

Dated:   **September 7, 2023**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] Nor did Defendant Protective Life Insurance Company, who also is represented by the same counsel in both actions.